ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Gilbert Solutions, LLC | ) ASBCA No. 63896 |
| | ) |
| Under Contract No. W91WRZ-22-P-0001 | ) |

APPEARANCE FOR THE APPELLANT:     Steven R. Little, Esq.
                                    SRL Law, PLLC
                                    St. Paul, MN

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                    Army Chief Trial Attorney
                                    MAJ Bruce A. Nessler, JA
                                    CPT Natalie W. McKiernan, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: November 20, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63896, Appeal of Gilbert Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: November 20, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals